UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 20-2142


UNITED STATES OF AMERICA

v.

STEVEN T. REUTER, SR,
Appellant

(D. Del. No. 1-03-cr-00060-001)

Present:  GREENAWAY JR., KRAUSE, and BIBAS, Circuit Judges

1. Motion filed by Appellee USA to amend D.I. 12 Government's Brief, to
amend opinion dated 03/19/2021.



Respectfully,
Clerk/lmr


_____ORDER_____
        The motion to amend the Government's brief is granted.  The opinion issued on
January 6, 2021 is hereby amended as follows.  On page 2 of the opinion, the two
sentences beginning "According to the Government" are amended to read:  "According to
the Government, Reuter was released in 2005.  Between 2005 and 2007, he made
payments totaling $11,601.02.  In addition, the Government has seized monies through
offsets of Reuter's social security benefits to satisfy the restitution order.


By the Court,

s/ Cheryl Ann Krause
Circuit Judge


Dated: April 30, 2021
Lmr/cc: Laura D. Hatcher
Steven T. Reuter, Sr.